**No. 52764.**—Associated Medical Products Co. et al. *v.* United States, protests 139860–K, etc. (New York).

Opinion by OLIVER, C. J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.